Eastern District of Kentucky
FILED

APR 23 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

UNITED STATES OF AMERICA

V.                                     INDICTMENT NO. 6:26-cr-066-CHB

JOSEPH DIAZ-MORALES

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

#### COUNT 1
#### 21 U.S.C. § 841(a)(1)

On or about March 10, 2026, in Clay County, in the Eastern District of Kentucky,

**JOSEPH DIAZ-MORALES**

did knowingly and intentionally possess with the intent to distribute a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1).

#### COUNT 2
#### 18 U.S.C. § 1791(a)(2)

On or about March 10, 2026, in Clay County, in the Eastern District of Kentucky,

**JOSEPH DIAZ-MORALES**

an inmate at the Federal Correctional Institution Manchester, obtained and possessed a

prohibited object, to wit, a mixture or substance containing methamphetamine, a

Schedule II controlled substance, all in violation of 18 U.S.C. §§ 1791(a)(2) and (b)(1).

A TRUE BILL

███████████████

FOREPERSON


JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


KELLY K. RIDINGS
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense**:
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.